UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DEIDRE WOLF,

                         Plaintiff,

v.                                               **DECISION AND ORDER**
                                                                     04-CV-1035S

JO ANN BARNHART,
Commissioner of Social Security,

                         Defendant.

1.       On May 11, 2005, Ms. Carol Avard, Esq., counsel for Plaintiff, filed a Motion for *Pro Hac Vice* admission.

2.       Admission *pro hac vice* in this district is governed by Local Rule 83.1(I) of the Local Rules of Civil Procedure for the Western District of New York, which requires that each applicant for *pro hac vice* admission satisfy all of the requirements for attorney admission set forth in Local Rule 83.1(b). An application or motion for *pro hac vice* admission must therefore contain a verified petition from the attorney seeking admission satisfying the requirements listed in Local Rule 83.1(b)(1)-(6).

3.       In the instant case, Attorney Avard's declaration does not fully satisfy the requirements listed in Local Rule 83.1(b)(1)-(6). Specifically, Attorney Avard's verified petition does not include statements satisfying the requirements listed at Local Rule 83.1(b)(5) and (6). Consequently, this Court will deny Attorney Avard's current motion for *pro hac vice* admission with leave to re-file the motion in full compliance with Local Rule 83.1.[1]

---

[1] Counsel is advised to also consult Local Rule 83.2, which sets forth requirements relating to the retention of local counsel.

IT HEREBY IS ORDERED, that Plaintiff's Motion for Pro Hac Vice Admission (Docket No. 7) is DENIED for failure to comply with Local Rule 83.1.

FURTHER, that Plaintiff is granted leave to re-file its motion in compliance with Local Rule 83.1.

SO ORDERED.

Dated:   July 27, 2005
         Buffalo, New York

        /s/William M. Skretny
        WILLIAM M. SKRETNY
        United States District Judge