AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF NEW YORK

Deidre A. Wolf            **JUDGMENT IN A CIVIL CASE**
                                                          CASE NUMBER: 04-CV-1035

      v.

Joanne Barnhart, Commissioner of Social Security

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Defendant's Motion for Judgment on the Pleadings is granted and this case is closed.


Date: March 29, 2006                                                 RODNEY C. EARLY,
                                                                          CLERK

                                                               By:    s/Deborah M. Zeeb
                                                                           Deputy Clerk